FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **RODRIGUEZ-HERNANDEZ**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL RODRIGUEZ-HERNANDEZ,<br><br>Defendant. | 2:13-cr-105-JCM-GWF<br><br>**UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** |

COMES NOW THE DEFENDANT, Victor Manuel Rodriguez-Hernandez, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for VICTOR MANUEL RODRIGUEZ-HERNANDEZ, that the sentencing hearing currently scheduled for Thursday, August 22, 2013 at the hour of 10:00 a.m. be advanced to a date and time convenient to this court.

This Stipulation is entered into for the following reasons:

1. Defendant's Presentence Investigation Report has been completed. Probation has recommended a sentence of credit for time served. This is consistent with the parties sentencing agreement as delineated in the plea agreement.

2. The government has no opposition.

///

///

///

1

DATED this 15th day of July, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
_____
RAQUEL LAZO,
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL RODRIGUEZ-<br>HERNANDEZ,<br><br>    Defendant. | 2:13-cr-105-JCM-GWF<br><br>**PROPOSED ORDER TO ADVANCE<br>SENTENCING HEARING** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, August 22, 2013 at the hour of 10:00 a.m. be advanced to July 30, 2013 at the hour of 10:30 a.m.

DATED 25 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on July 15, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
ROBERT A. BORK
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
Employee of the Federal Public Defender